UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-CV-00084-FDW

| | |
|---|---|
| CARLA BUCHANAN, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*,[1] ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees, (Doc. No. 18), filed on March 18, 2022. It appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $6,800.00, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412(d).

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney Fees, (Doc. No. 18) is GRANTED. The Commissioner of Social Security shall pay to Plaintiff the sum of $6,800.00, and upon the payment of such sums, this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul, as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

and mailed to Plaintiff's counsel's office address.

    IT IS SO ORDERED.

Signed: March 22, 2022

Frank D. Whitney
United States District Judge